UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

                Plaintiff,

  v.

KELLY CUNNINGHAM,

                Defendants.

No. C11-6015 BHS/KLS

**ORDER DIRECTING PLAINTIFF TO RESPOND TO COURT'S ORDER TO AMEND OR TO SHOW CAUSE**

Plaintiff's motion to recuse the undersigned has been denied. ECF No. 10. Therefore, the **stay of this matter is lifted** and Plaintiff is directed to respond Court's Order to Amend or to Show Cause (ECF No. 6) **on or before March 30, 2012.** If Plaintiff fails to do so, the undersigned shall recommend that this matter be dismissed with prejudice.

The Clerk is directed to send Plaintiff the appropriate forms that he may file an amended complaint. The Clerk is further directed to send a copy of this Order and a copy of the General Order to Plaintiff.

**DATED** this  9th  day of March, 2012.

                              */s/ Karen L. Strombom*
                              Karen L. Strombom
                              United States Magistrate Judge

ORDER - 1