UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD SCOTT,

                  Plaintiff,

v.

KELLY CUNNINGHAM,

                  Defendant.

No. C11-6015 BHS/KLS

ORDER DENYING PLAINTIFF'S MOTION FOR SANCTIONS

Before the Court is the motion of Plaintiff Richard Roy Scott for sanctions. ECF No. 15. Having considered the motion and balance of the record, the Court finds that the motion should be denied.

**DISCUSSION**

The Court has the inherent power to impose sanctions in response to abusive litigation practices. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 43-44, 111 S.Ct. 2123, 115 L.Ed.2d 27 (1991). A movant's signature on a pleading is an indication that a motion is brought in good faith and is not designed to needlessly increase the cost of litigation. Rule 11 Fed. R. Civ. P. Failure to comply with Rule 11 may result in sanctions. *Id.*

In this motion, Mr. Scott asks that the Court sanction the Defendant for failing to accept service and for failing to process Mr. Scott's requests to for money to pay the process server. ECF No. 15. Plaintiff was directed to serve his complaint on March 29, 2012. ECF No. 14. Counsel for Defendant entered an appearance on May 23, 2012 and Defendant filed an answer to the complaint on May 31, 2012. ECF Nos. 16 and 17. No return of service was filed with the

ORDER DENYING MOTIONS FOR SANCTIONS - 1

Court. Therefore, it is not known when Defendant was served and whether any undue delay occurred.

As there is no evidence of bad faith and no admissible evidence supporting any claim for sanctions against Defendant, Plaintiff's motion for sanctions shall be **denied.**

Accordingly, it is **ORDERED:**

1) Plaintiff's motion for sanctions (ECF No. 15) is **DENIED**.

2) The Clerk of Court is directed to send a copy of this order to Plaintiff and to counsel for Defendant.

**DATED** this  11th  day of June, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING MOTIONS FOR SANCTIONS - 2