UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ROY SCOTT,<br><br>    Plaintiff,<br><br> v.<br><br>KELLY CUNNINGHAM,<br><br>    Defendant. | CASE NO. C11-6015 BHS-KLS<br><br>ORDER |

This matter comes before the Court on Plaintiff Richard Roy Scott's ("Scott") appeal (Dkt. 12).

On December 19, 2011, Scott filed a civil rights complaint. Dkt. 1. On January 12, 2012, the Honorable Karen L. Strombom, United States Magistrate Judge, ordered Scott to amend his complaint or show cause. Dkt. 6. On March 9, 2012, Judge Strombom issued an order renoting the order to show cause. Dkt. 11. On March 16, 2012, Scott appealed that order. Dkt. 12.

If a nondispositive order is appealed, the district judge must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law. Fed. R. Civ. P. 72(a).

In this case, Scott fails to show that any part of Judge Strombom's order is clearly erroneous or is contrary to law. Scott merely uses the opportunity to file an appeal as a means to disparage Judge Strombom and request sanctions against her. Scott's appeal is wholly without merit. Therefore, Scott's appeal is denied.

**IT IS SO ORDERED**.

Dated this 14th day of June, 2012.

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge