UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

        Plaintiff,

v.

KELLY CUNNINGHAM,

        Defendant.

CASE NO. C11-6015BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 29. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's "Emergency Motion for Sanctions/Relief (Dkt. 18) is hereby stricken.

Dated this 17th day July, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER