UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD SCOTT,

Plaintiff,

v.

KELLY CUNNINGHAM,

Defendant.

No. C11-6015 BHS/KLS

**ORDER ON MOTION FOR HEARING**

Before the Court is Plaintiff's Motion to set hearing on his Motion to Lift Case Management Preservation of Documents, Motions and Anti-Harassment Sanctions, which he mistakenly filed in Case No. 11-5509 BHS/KLS.  That case is stayed pending payment of sanctions by Plaintiff.   He states that he informed all parties and the court but was ignored and requests that the Court set a response due date and a hearing date and apparently, also wants the Court to provide notice to the Defendant of his mistakenly filed motion.

Plaintiff did not inform the Court of his mistakenly filed motion.  Nevertheless, the Clerk shall be directed to file the errant motion in this case and will note it for three Fridays hence so that the Defendant may have an opportunity to file a response.

Accordingly, it is **ORDERED:**

(1)     Plaintiff's Motion for Hearing (ECF No. 36) is **GRANTED;**

(2)     The Clerk is directed to docket the motion filed in Case No. C11-5509 at ECF No. 309 in this case and to note it for hearing.

ORDER - 1

(3) The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendant.

**DATED** this  1st  day of August, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2