UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

        Plaintiff,

v.

KELLY CUNNINGHAM,

        Defendants.

CASE NO. C11-6015 BHS

ORDER ADOPTING REPORT AND RECOMMENDATIONS

This matter comes before the Court on the Report and Recommendations ("R&Rs") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkts. 44 & 45. The Court having considered the R&Rs and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&Rs are **ADOPTED**; and

(2) The noting dates for Plaintiff's motions for temporary injunctive relief (Dkts. 26 & 39) are **stricken** and there will be no further ruling on these motions by the Court.

Dated this 7th day September, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER