UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

         Plaintiff,

v.

KELLY CUNNINGHAM,

         Defendant.

CASE NO. C11-6015 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 84) and Plaintiff Richard Roy Scott's ("Scott") objections to the R&R (Dkt. 87).

On August 29, 2012, Judge Strombom issued the R&R recommending that the Court grant Scott's motion to dismiss his complaint. Dkt. 84. Scott objects on the ground that he withdrew his motion to withdraw. Dkt. 87. Based on Scott's previous cases, he must acquire permission to file any action before the Court. Once permission is granted, Scott then files numerous frivolous and repetitive motions to consume public resources. This behavior shall not be tolerated. The Court finds that Scott's current motion to withdraw his motion to withdraw is another vexatious litigation tactic to

ORDER - 1

consume the Court's and Defendant's resources because Scott fails to provide any substantive reason for the withdrawal of his withdrawal.

Therefore, the Court having considered the R&R, Scott's objections, and the remaining record, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The Clerk shall remove all pending motions from the Court's calendar; and

(3) This action is **DISMISSED with prejudice**.

Dated this 6th day of November, 2012.

BENJAMIN H. SETTLE
United States District Judge